UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK REGENCY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEANDER PITTS,<br><br>Defendant. | Case No. 23-cv-01144-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING CASE** |

This is an unlawful detainer action that was removed to this court by pro se defendant LeAnn Pitts. Dkt. No. 1. Magistrate Judge Kandis A. Westmore has filed a report recommending remand because there is no basis for federal subject matter jurisdiction over this state law unlawful detainer action. Dkt. No. 8. Judge Westmore's report explains why there is no basis for federal question jurisdiction, diversity jurisdiction, or admiralty and maritime jurisdiction. *Id*.

Defendant Pitts has not filed any response to the report and recommendation, and the time for responding has passed. Dkt. No. 8 at 4; Fed. R. Civ. P. 72.

The Court adopts the well-reasoned report and recommendation in full, and orders the case remanded to the Superior Court of California for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: May 10, 2023

JAMES DONATO
United States District Judge